# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALI SHAHROKHI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE DAWN
THRONE, DISTRICT JUDGE; AND
THE HONORABLE LINDA MARIE
BELL, CHIEF JUDGE,
Respondents,
and
KIZZY BURROW,
Real Party in Interest.

No. 84043

**FILED**

JAN 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original pro se petition for a writ of mandamus or prohibition challenges, for the second time, *see* Docket No. 83558, a September 29, 2021, district court order denying petitioner's motion to disqualify Judge Dawn Throne.

Having reviewed the petition and supporting documentation,[1] we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist.*

---

[1]We have reviewed the documents attached to petitioner's emergency motion for stay, but no appendix was filed with the writ petition. Petitioner's failure to comply with NRAP 21(a)(4) constitutes an additional basis on which to deny relief.

22-00805

*Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Linda Marie Bell, Chief Judge
Hon. Dawn Throne, District Judge, Family Court Division
Ali Shahrokhi
Kizzy Burrow
Eighth District Court Clerk

---

[2]In light of this order, petitioner's emergency motion for stay is denied as moot.